UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY PARKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1362** |
| **SUSAN HUTSON, SHERIFF** | **SECTION "L" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation (R. Doc. 12), and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Bobby Parker's claims against defendant Sheriff Hutson in her individual capacity should be dismissed with prejudice under 28 U.S.C. § 1915(e)(2), 28 U.S.C. § 1915A(a)–(b), and 42 U.S.C. § 1997e(c)(1), without leave to amend.

**IT IS FURTHER ORDERED** that Parker be granted leave to file, within 21 days, an Amended Complaint against defendant Sheriff Hutson in her official capacity identifying any specific policy or custom that allegedly caused the deprivation of his constitutional rights as well as facts establishing how any particular training program is defective or insufficient as necessary to state a cause of action, as necessary to state a § 1983 official capacity claim. In the event that Plaintiff fails to file an Amended Complaint within 21 days, then his official capacity claims against Sheriff Hutson should likewise be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)–(b), and 42 U.S.C. § 1997e(c)(1) as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 20th day of October, 2025.

_____
THE HONORABLE ELDON E. FALLON

*PLEASE MAIL COPY TO*:
**Bobby Parker**
121853
B.B. (Sixty) Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426
PRO SE